# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **JASON COTTERMAN** | Case No. 1:17-cv-608 |
| Plaintiff | Judge William O. Bertelsman |
| vs. | Magistrate Karen L. Litkovitz |
| **City of Cincinnati, et al** | |
| Defendants | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PERMISSION TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

This matter came before the Court on Plaintiff's Unopposed Motion For Permission to File Certain Documents Under Seal. Said Motion is found to be well-taken and is hereby granted.

Plaintiff may file the documents containing the Medical and Embarrassing Personal Information Under Seal

.**IT IS SO ORDERED.**

*Karen L. Litkovitz*
Karen L. Litkovitz
U.S. Magistrate Judge

1